IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CEDRICK JACKSON     PLAINTIFF

VS.     CIVIL ACTION NO. 4:22-CV-89-GHD-JMV

BRAR SUBWAYS, LLC     DEFENDANT

**FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

This Cause having come before this Court at the request of the plaintiff and the defendant and the Court, being advised that there remain no issues to be adjudicated or determined by the Court between the parties, finds that the plaintiff's claims against the defendant should be dismissed with prejudice in their entirety.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all the claims of the plaintiff against the defendant are hereby dismissed with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

SO ORDERED AND ADJUDGED, this the 12th day of June, 2023.

_____
SENIOR U.S. DISTRICT JUDGE

AGREED AND APPROVED:

/s/Joel Dillard
Joel Dillard, Esq.
*Attorney for Plaintiff*


/s/Timothy M. Peeples
Timothy M. Peeples, Esq.
*Attorney for Defendant*

{D2103506.1}